IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**MARENEM, INC.,**

    Plaintiff,

v.

**DEANNA C. JUMP**,

    Defendant.

Civil Action No. 5:12-CV-212 (HL)

### ORDER

This case is before the Court on a Joint Motion to Stay Deposition Discovery. (Doc. 26).

While the Court grants the motion, it points out that during the telephone conference held in this case on February 6, 2013, the Court raised the issue of whether the case should be stayed in light of the pending motion for summary judgment. At that time, neither party requested a stay, and the Court told the parties that it did not intend to stay the case. However, people are allowed to change their minds, and the Court agrees that it is economically prudent to reserve deposition discovery until after the pending motion is decided.

In the event the Court denies Defendant's pending motion, discovery shall recommence and be completed within 60 days after the entry of the order denying the motion. Except as otherwise modified by this Order, all other terms

of the Scheduling and Discovery Order entered on November 6, 2012 shall remain in effect.

     **SO ORDERED**, this the 1st day of March, 2013.

                           <u>*s/Hugh Lawson*</u>
                           **HUGH LAWSON, SENIOR JUDGE**

mbh